UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

Michael W. McCormack

Debtor

**AFFIDAVIT OF SERVICE**

Case No.: 18-76805-ast
(Chapter 13)

Assigned to:
Hon. Alan S. Trust
Bankruptcy Judge

STATE OF NEW YORK    )
COUNTY OF ERIE       ) SS:
CITY OF BUFFALO      )

    Maria Dabney, being duly sworn, deposes and says that he/she is over eighteen years of age and resides in Buffalo, New York.

    That on November 16, 2018, deponent served the within Objection to Confirmation by depositing a true copy thereof, properly enclosed in a securely closed and duly post paid wrapper in a depository regularly maintained by the United States Postal Service in the City of Buffalo, New York, directed as follows:

| | |
|---|---|
| Michael W. McCormack<br>36 Abrew Street<br>Bay Shore, NY 11706 | Debtor |
| Cooper J. Macco, Esq.<br>2950 Express Drive South, Suite 109<br>Islandia, NY 11749 | Debtor Attorney |
| Marianne DeRosa<br>125 Jericho Turnpike, Suite 105<br>Jericho, NY 11753-1016 | Chapter 13 Trustee |
| U.S. Trustee<br>560 Federal Plaza, Suite 560<br>Central Islip, NY 11722 | U.S. Trustee |

_____
Maria Dabney

Sworn to before me this 16th day
of November, 2018.

_____
Danielle Jaclyn Casey
Notary Public

DANIELLE JACLYN CASEY
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN NIAGARA COUNTY
My Commission Expires April 23, 2022